JS-6

**JENNIFER DAMON (SBN 115963)**
**LAUREN B. KUTZ (SBN 250718)**
**COLMAN PERKINS LAW GROUP**
500 North Brand Boulevard, Suite 2200
Glendale, California 91203
TELEPHONE (818)546-8686
FACSIMILE   (818)546-8787

Attorneys for Defendant
**COSTCO WHOLESALE CORPORATION**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSEPH AINHORN, an individual,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22−cv−08061−JLS (SKx)<br><br>**ORDER RE: STIPULATION TO DISMISS**<br><br>Action Filed:　June 6, 2022<br>Trial Date:　　None Set<br><br>District Judge Josephine L. Staton<br>Magistrate Judge Steve Kim |

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Date: November 22, 2023

　　　　　　　　　　　　　　　　　　**JOSEPHINE L. STATON**
　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON

　　　　　　　　　　　　　　　　　　UNITED STATED DISTRICT JUDGE

1
**JOINT STIPULATION TO DISMISS**